IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-HC-2059-BO

| | | |
|---|---|---|
| ARTHUR A. BLUMEYER, | ) | |
| | ) | |
| Petitioner, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| LISA J. W. HOLLINGSWORTH, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause having been shown upon the Government's motion for miscellaneous relief, it is hereby

ORDERED that the motion is granted. The Clerk is directed to substitute Warden Tracy Johns Warden as Respondent and to docket the Government's motion to dismiss and supplemental memorandum of law.

This 9 day of July, 2010.

TERRENCE W. BOYLE
United States District Judge